# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　v.<br><br>JULIAN RODRIGUEZ-RIOS,<br><br>　　　Defendant | Criminal Action No. 14-163 (CKK) |

**ORDER**
(February 22, 2017)

A status hearing was held in this criminal action on February 22, 2017. At that status hearing the Court heard from Defendant *ex parte* regarding certain concerns of Defendant's that prompted the Court to find that there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to plead guilty or stand trial to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241(a).

Accordingly, it is this 22nd day of February, 2017, hereby

**ORDERED** that Defendant Julian Rodriguez-Rios is committed for thirty days to the custody of the Attorney General who is ordered to FORTHWITH transport Mr. Rodriguez-Rios to a suitable facility at which Mr. Rodriguez-Rios' psychological state can be fully evaluated; it is

**FURTHER ORDERED** that 48 hours in advance of his transportation the U.S. Marshal shall notify the Judge and Defense counsel of Defendant's removal from the facility where he currently resides; it is

**FURTHER ORDERED** that the facility designated to complete the evaluation is directed to examine Mr. Rodriguez-Rios to determine whether he is presently "suffering from a mental disease or defect rendering him mentally incompetent to plead guilty or stand trial to the extent

that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense," pursuant to 18 U.S.C. §§ 4241(a) & 4247; it is

**FURTHER ORDERED** that the facility designated to complete the evaluation shall also conduct a full medical evaluation of Mr. Rodriguez-Rios in order to determine whether any medical condition may be affecting his psychological state; it is

**FURTHER ORDERED** that the facility designated to complete the evaluation is directed to prepare a medical and psychiatric or psychological report(s) pursuant to 18 U.S.C. §§ 4241(b) & 4247(c) and **SUBMIT** such report(s) to this Court by **April 19, 2017**.

The Court will cause a copy of the transcript of the *ex parte* discussion the Court had with Mr. Rodriguez-Rios that prompted the Court to determine that a mental evaluation was necessary, which remains **UNDER SEAL**, to be forwarded to the facility designated to complete the evaluation. The Court also **ORDERS** Defense counsel to make all efforts to obtain any medical or psychological records regarding Defendant at Defendant's current and previous places of incarceration, including records relating to certain altercations Defendant has had while incarcerated, and provide those to the facility designated to complete the evaluation.

**SO ORDERED.**

Date: February 22, 2017                                  /s/
                                                                 **COLLEEN KOLLAR-KOTELLY**
                                                                 UNITED STATES DISTRICT JUDGE

**Copies to:**

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391
Fax: (301) 854-0076
Email: chernan7@aol.com

Adrian Rosales
U.S. DEPARTMENT OF JUSTICE
Narcotic and Dangerous Drug Section
145 N Street, NE
Second Floor, East Wing
Washington, DC 20530
(202) 598-2281
Fax: (202) 514-0483
Email: adrian.rosales@usdoj.gov

Stephen A. Sola
U.S. DEPARTMENT OF JUSTICE
Narcotic and Dangerous Drug Section
145 N Street, NE
Second Floor, East Wing
Washington, DC 20530
(202) 353-4425
Fax: (202) 746-3707
Email: stephen.sola@usdoj.gov

Emily Rachel Cohen
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Narcotic and Dangerous Drug Section
145 N. Street, NE
2nd Floor, East Wing - Suite 2E 111
Washington, DC 20530
(202) 616-2471
Fax: (202) 514-0483
Email: emily.cohen@usdoj.gov

United States Marshal Service
U.S. District Court for the District of Columbia
Room 1400