**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | **Case No.  1:14-cr-0163 (CKK)** |
| **JULIAN RODRIGUEZ-RIOS**<br>    **Defendant** | * | |
| | * | |

**ooOoo**

**MOTION FOR APPROVAL OF CASE-RELATED TRAVEL EXPENSES**

Appointed counsel in the above captioned matter, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, respectfully requests that this Honorable Court approve the expenditure of travel expenses including air and train travel, hotel accommodations, and meals while outside this jurisdiction to review evidence in the possession of the United States in New York City and Pittsburgh, PA.  These travel expenses are necessary for adequate representation of the defendant.  The language in the attached proposed order was approved by the Office of the Federal Public Defender.

WHEREFORE, for the foregoing reasons, undersigned appointed counsel, respectfully requests that this Honorable Court approve the case-related travel expenses.

Respectfully submitted,

/s/

**Carmen D.  Hernandez**
Bar No.  MD03366
7166 Mink Hollow Road
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)