**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 14-163 (CKK) |
| ) | |
| JULIAN RODRIGUEZ RIOS, ) | GOV. NOTICE ON VOLUME |
| a.k.a. Gotcha ) | OF TRANSCRIPTS |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S NOTICE REGARDING VOLUME OF TRANSCRIPTS**

The United States, by and through the undersigned attorney, hereby submits its Notice Regarding the Volume of Transcripts in the above captioned case.

On February 22, 2017, the Court issued an Order for the Government to report on the volume of transcripts it intends to rely on at trial, and the timeframe for having those transcripts completed. [DE-19].

In preparation for trial, the United States has identified approximately 70 audio and text files, including two undercover meetings in Bogota, Colombia, which are approximately 200 minutes in length. In addition, the United States identified approximately 34 text images (photographs of Blackberry Messenger conversations) that may be offered into evidence at trial. The agents have not yet completed their review of the Colombian wiretap calls, but the United States estimates using no more than 10 Colombian wiretap calls at trial, at an estimated average length of five minutes per call, for a total of 50 minutes in call volume.

In its filing prior to the status conference on February 22, 2017 [DE-17], the Government proposed identifying the communications it intends to introduce at trial and producing the respective transcripts one month prior to trial. However, to accommodate the defense and facilitate the parties' preparation for trial, the Government hereby amends its proposal as

follows:  Recognizing that the Government may adjust and substitute calls and text messages/images, the Government proposes to identify for the defense, within seven days, the approximately 70 audio and text files and 34 text image files that the Government intends to introduce at trial.  In addition, the Government will identify for defense the Colombian wiretap calls by April 1, 2017.  The Government proposes to disclose its transcripts on a rolling basis, with all transcripts disclosed by June 30, 2017.  In return for receiving the draft transcripts on a rolling basis, the Defense will stipulate that they will not use the draft transcripts to cross examine the Government's witnesses about the drafts.  Assuming a September 2017 trial date, this would afford the parties two months to attempt to arrive at stipulations for the transcripts.

      The Government has conferred with defense counsel, and she requested that with regard to the Government reserving the right to adjust and substitute calls and text message/images, that "Defense reserves the right to object to additions, for example, if the additions were extensive, or for some other good faith basis."  The Government has no objection to the defense counsel's reserving the right to object on the grounds stated.

                                            Respectfully submitted,

                                            __/s/_____
                                            Stephen Sola
                                            Emily Cohen
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            145 N St, NE, 2d Floor, East Wing
                                            Washington, DC 20530
                                            (202) 353-4425

## CERTIFICATE OF SERVICE

I certify that on this day, I caused a copy of the foregoing to be served on counsel of record through the Electronic Filing System (ECF).

   ___/s/_____
Stephen Sola
Emily Cohen
Adrienne Rose
Trial Attorneys
U.S. Department of Justice
145 N St, NE, 2d Floor, East Wing
Washington, DC 20530
(202) 353-4425