UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CASE #: 14-CR-0163 (CKK)** |
| | * | |
| **JULIAN RODRIGUEZ-RIOS** | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*

**RESPONSE TO GOVERNMENT'S MOTION
FOR EXTENSION OF TIME TO FILE EXPERT NOTICES**

Julian Rodriguez-Rios, by his undersigned counsel, hereby responds to the Government's request for additional time to file expert notices regarding two chemists, who would be testifying as forensic experts regarding certain items that were allegedly seized during the investigation. *See* Gov't Motion (ECF 33).

1. With the caveats set forth below, the Defense takes no position to the Government's request to extend the time to identify two forensic chemists due to the specified reason that the "experts who initially conducted the forensic examinations are no longer available, and the Government requires additional time to have the drug samples re-tested by new forensic chemists." *Id*.

2. If the request for extension is based on any other ground, the Defense objects.

3. The Defense reserves its rights to object to the admissibility of any forensic examinations and testimony to be rendered by the experts to be identified on any other evidentiary or legal basis, including without limitation relevance, undue prejudice, confusion, waste of time, or other reasons, expert qualification, spoliation, chain of custody, or for any other ground.

4. The Defense requests additional time to identify its own forensic chemists once it receives the Government's expert notices regarding the two forensic chemists.

5. The Defense objects to any continuance of the trial date that may be occasioned by the Government's delay in securing these two experts.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No.  MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 27th day of March, 2017.

                                                      /s/ *Carmen D. Hernandez*
                                                      **Carmen D. Hernandez**