# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 14-CR-163 (CKK)** |
| v. | GOVERNMENT NOTICE REGARDING OTHER CRIMES EVIDENCE UNDER RULE 609 |
| **JULIAN RODRIGUEZ RIOS,** aka "Gotcha" | |
| **Defendant.** | |

## GOVERNMENT'S NOTICE REGARDING
## PRIOR CONVICTION EVIDENCE UNDER RULE 609

The United States of America, by and through counsel, will not be seeking to introduce prior conviction evidence at trial at this time. Pursuant to the Court's Order of February 22, 2017 [DE-19], the Government's Motion to Introduce Evidence of Prior Convictions under Fed.R.Evid. 609 was to be filed no later than March 31, 2017.

The Defendant has no criminal record, and therefore, Rule 609 is inapplicable to him should he choose to testify in his own defense. At this time, the Government is not aware of the Defendant's trial witnesses and therefore, it is premature to file a Rule 609 as to those potential witnesses. However, the Government respectfully reserves the right to make future motions *in limine* to introduce at trial prior conviction evidence of defense witnesses.

                        Respectfully Submitted,

                        ARTHUR G. WYATT, Chief
                        Narcotic and Dangerous Drug Section
                        Criminal Division
                        United States Department of Justice

By:    */s/ Stephen Sola*

                        Stephen Sola
                        Trial Attorney
                        Narcotic and Dangerous Drug Section
                        Criminal Division,
                        United States Department of Justice
                        145 N Street, NE
                        East Wing, Second Floor
                        Washington, D.C. 20530
                        Tel: 202-514-0917
                        Stephen.Sola@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the defendant, this 31st day of March 2017.

                                            /s/ Stephen Sola
                                            Stephen Sola
                                            Trial Attorney
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            Department of Justice